IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAQUEL K. GRANT, | ) | 4:07CV3262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's second motion for enlargement of time (filing 12) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by May 30, 2008;

2. Plaintiff may file a reply brief by June 13, 2008; and

3. This case shall be ripe for decision on June 16, 2008.

May 1, 2008.                           BY THE COURT:


                                       s/ *Richard G. Kopf*
                                       United States District Judge