IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAQUEL K. GRANT, | ) | 4:07CV3262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 15) is granted, and, accordingly, that the briefing schedule is modified to provide:

1. Plaintiff may file a reply brief by June 30, 2008; and
2. This case shall be ripe for decision on July 1, 2008.

June 13, 2008.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge